Lake View Trust and Savings Bank, Appellant, v. City of Chicago, Appellee.

Gen. No. 43,032.

opinion filed September 11, 1944. George P. Latchford, Jr., of Chicago, for appellant; Barnet Hodes, Corporation counsel, for appellee; J. Herzl Segal and L. Louis Karton, Assistant corporation counsel, of counsel. Opinion by Justice O'Connor. Not to be published in full.